UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RANDALL J. CUNNINGHAM, | ) |
| Plaintiff, | ) Case No. C10-1081RAJ |
| v. | ) **ORDER OF DISMISSAL** |
| MICHAEL J. ASTRUE, Commissioner of the Social Security Administration, | ) |
| Defendant. | ) |

The court has considered the parties' briefs, the Report and Recommendation (Dkt. # 18) of Brian A. Tsuchida, United States Magistrate Judge, and the remaining record. The court notes that no one has filed objections to the Report and Recommendation. The court orders as follows:

(1) The court adopts the Report and Recommendation.

(2) The court REVERSES the final decision of the Commissioner and REMANDS the case to the Social Security Administration for further administrative proceedings consistent with the Report and Recommendation.

(3) The Clerk shall enter judgment for Plaintiff.

//

//

ORDER OF DISMISSAL- 1

(4)     The Clerk shall send a copy of this Order to the parties and to Judge Tsuchida.

DATED this 24th day of March, 2011.

*Richard A. Jones* (signature)

The Honorable Richard A. Jones
United States District Judge

ORDER OF DISMISSAL- 2